UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 JUN -6 P 1:30

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 00-28M-01 |
| ) | |
| JON SAVARINO SCHILLACI ) | |

## UNITED STATES' MOTION TO DISMISS COMPLAINT AND WARRANT

The United States of America, by and through Thomas P. Colantuono, United States Attorney for the District of New Hampshire, hereby moves this Honorable Court to dismiss without prejudice, under Fed. R. Crim. P. 48(a), the April 7, 2000 criminal complaint and arrest warrant in this case.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

_/s/ Donald Feith_

Donald Feith
Assistant U.S. Attorney
N.H. Bar Assoc. # 783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Donald.Feith@usdoj.gov