AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 JUN 12 P 4: 36

UNITED STATES OF AMERICA

v.                                                      Case Number: 00-28M-01

Jon Savarino Schillaci

## WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Jon Savarino Schillaci and bring him forthwith to the nearest magistrate judge to answer a complaint in the District of New Hampshire charging him with moving and traveling in interstate commerce with the intent to avoid prosecution for the crimes of aggravated felonious sexual assault and felonious sexual assault (NH RSA 632-A:2(II) and NH RSA 632-A:3(III), felonies punishable by imprisonment for more than one year. An arrest warrant was issued by the Auburn District Court on October 26, 1999; a bench warrant for failure to appear was issued by the Rockingham County Superior Court on December 16, 1999 in violation of Title 18, United States Code, 1073.

DATE: April 7, 2000

ISSUED BY:
*Janice E. Boucher* (signature)
Janice E. Boucher
Deputy Clerk
Concord, New Hampshire

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| warrant dismissed | | |
| DATE RECEIVED 4/27/00 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |